UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALI MOORE,<br><br>Plaintiff,<br><br>-against-<br><br>WARNER BROS. DISCOVERY, INC., AMAZON STUDIOS LLC, SONY PICTURES TELEVISION INC., THE BOYS,<br><br>Defendants. | 26cv5106 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 3, 2026, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: August 12, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge